

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00427-CR

Jerry **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9484
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

Keith E. Hottle
Clerk of Court